DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendant
Zazzle.Com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN SPECTOR, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ZAZZLE.COM, INC.,<br><br>  Defendant. | Case No. CV 09-2019 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ZAZZLE'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[CIVIL L.R. 6-1, 7-12] |

Pursuant to Civil Local Rules 6-1 and 7-12, plaintiff Karen Spector and defendant Zazzle.com, Inc. ("Zazzle") through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, this action was filed on May 7, 2009 (Docket # 1);

WHEREAS, on May 7, 2009, the Court entered an order setting an initial case management conference on August 18, 2009, at 10:00 a.m., and corresponding deadlines (Docket # 3);

WHEREAS, the parties have stipulated to extend Zazzle's time to respond to plaintiff's complaint on three prior occasions to allow the parties to discuss the most efficient way to proceed with this action (Docket # 6, 13, 17);

WHEREAS, the current deadline for Zazzle to answer or otherwise respond to plaintiff's complaint is July 23, 2009 (Docket # 17);

WHEREAS, the parties have agreed to an extension until August 13, 2009, for Zazzle to answer or otherwise respond to plaintiff's complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. Zazzle shall have to and including August 13, 2009, to answer or otherwise respond to plaintiff's complaint;

2. The initial case management conference scheduled for August 18, 2009, shall be continued to September 15, 2009, at 10:00 a.m., or as soon thereafter as the Court's schedule permits, and the corresponding deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket # 3) shall be continued accordingly.

Dated: July 21, 2009

DAVID F. MCDOWELL
REBEKAH KAUFMAN
MORRISON & FOERSTER LLP

By: /s/ David F. McDowell
    David F. McDowell

Attorneys for Defendant Zazzle.com, Inc.

| | | |
|---|---|---|
| 1 | Dated: July 21, 2009 | PAUL R. KIESEL |
| 2 | | MICHAEL C. EYERLY |
| | | KIESEL BOUCHER & LARSON LLP |
| 3 | | PAUL O. PARADIS |
| 4 | | GINA M. TUFARO |
| | | FRANK R. SCHIRRIPA |
| 5 | | HORWITZ, HORWITZ & PARADIS, |
| | | ATTORNEYS AT LAW |

By: /s/ Paul R. Kiesel
Paul R. Kiesel

Attorneys for Plaintiff Karen Spector

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ____July 28_____, 2009

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

---

STIPULATION AND [PROPOSED ORDER] EXTENDING ZAZZLE'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING CMC
sf-2716138

3

## ECF ATTESTATION

I, Samuel S. Song, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER EXTENDING ZAZZLE'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that David F. McDowell and Paul R. Kiesel have concurred in this filing.

Dated: July 21, 2009     MORRISON & FOERSTER LLP


            By: /s/ Samuel S. Song
                Samuel S. Song

# CERTIFICATE OF SERVICE

I declare that I am associated with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105; I am not a party to the within cause; I am over the age of eighteen years. I declare that on the date hereof I filed and served the document described as follows:

**STIPULATION AND [PROPOSED] ORDER EXTENDING ZAZZLE'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

using the Northern District of California's Electronic Case Filing System, with the ECF ID registered in my name. The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

- David Frank McDowell    dmcdowell@mofo.com, jloera@mofo.com, mbostrom@mofo.com, nmorales@mofo.com
- Frank Rocco Schirripa    fschirripa@hhplawny.com
- Gina M. Tufaro    gtufaro@hhplawny.com, kreid@hhplawny.com
- Michael C Eyerly    eyerly@kbla.com
- Paul O. Paradis    pparadis@hhplawny.com, kreid@hhplawny.com
- Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com, sharo@kbla.com
- Rebekah E. Kaufman    rkaufman@mofo.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, this 21st day of July, 2009.

By: /s/ Samuel S. Song
Samuel S. Song