PAUL KIESEL (SBN 119854)
kiesel@kbla.com
KIESEL, BOUCHER & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

PAUL O. PARADIS
pparadis@hhplawny.com
GINA M. TUFARO
gtufaro@hhplawny.com
ALYSON C. BRUNS
abruns@hhplawny.com
HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW
405 Lexington Avenue
61st Floor
New York, New York 10174
Telephone: (212) 986-4500
Facsimile: (212) 986-4501

Plaintiff's Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN SPECTOR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE.COM, INC.,<br><br>Defendant. | No. CV 09-2019 **VRW**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE** |

STIPULATION and [PROPOSED] ORDER RE: SCHEDULE

1  Plaintiff and Defendant, by and through their respective counsel, state as
2  follows:

3  **WHEREAS**, this action was filed on May 7, 2009 (Docket #1);

4  **WHEREAS**, the parties have stipulated to extend Defendant's time to
5  respond to Plaintiff's complaint on four occasions in order to allow the parties time
6  to discuss the most efficient way to proceed with this action (Docket # 6, 13, 17,
7  18);

8  **WHEREAS**, Defendant filed its motion to dismiss on August 13, 2009 and
9  scheduled such motion to be heard on September 22, 2009 at 9:00 a.m. (Docket #
10  21);

11  **WHEREAS** on August 18, 2009, the case was reassigned to this Court
12  (Docket # 27);

13  **WHEREAS,** on August 24, 2009, the Court rescheduled Defendant's Motion
14  to Dismiss to be heard on October 15, 2009 at 10:00 a.m. and rescheduled the
15  Initial Case Management Conference for November 12, 2009 at 3:30 p.m. (Docket
16  # 29);

17  **WHEREAS**, on September 29, 2009, the Court rescheduled Defendant's
18  Motion to Dismiss to be heard on November 12, 2009 at 10:00 a.m. and
19  rescheduled the Initial Case Management Conference for December 3, 2009 at 3:30
20  p.m. (Docket # 31);

21  **WHEREAS**, Plaintiff's Opposition to such motion is now due October 15,
22  2009 and Defendant's Reply to Plaintiff's Opposition is now due October 22, 2009;

23  **WHEREAS**, both prior and subsequent to the filing of Defendant's Motion
24  to Dismiss, counsel for the parties have been, and continue to be, engaged in
25  settlement discussions in an attempt to resolve this litigation;

26  **WHEREAS**, as a result of these ongoing discussions counsel for the parties
27  have agreed that the parties' best interests would be served and judicial resources
28  would be conserved if the Court were to permit the parties to continue their

settlement discussions as set forth below.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Plaintiff's Opposition to Defendant's Motion to Dismiss must be filed and served on November 19, 2009;

2. Defendant's Reply must be filed and served on November 26, 2009;

3. Argument on Defendant's Motion to Dismiss is continued to December 10, 2009 at 10:00 a.m.

4. The Case Management Conference is continued to January 7, 2010 at 3:30 p.m.

Dated: October 15, 2009

PAUL R. KIESEL
MICHAEL C. EYERLY
KIESEL, BOUCHER & LARSON LLP

PAUL O. PARADIS
GINA M. TUFARO
ALYSON C. BRUNS
HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW

By: /s/ *Paul R. Kiesel*
    Paul R. Kiesel

Attorneys for Plaintiff Karen Spector

Dated: October 15, 2009

DAVID F. MCDOWELL
REBEKAH KAUFMAN
MORRISON & FOERSTER LLP

By: /s/ *David F. McDowell*
    David F. McDowell

Attorneys for Defendant
Zazzle.com, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __October 22_____, 2009

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

