1 | PAUL KIESEL (SBN 119854)
kiesel@kbla.com
2 | KIESEL, BOUCHER & LARSON LLP
8648 Wilshire Boulevard
3 | Beverly Hills, California 90211-2910
Telephone: (310) 854-4444
4 | Facsimile: (310) 854-0812

5 | PAUL O. PARADIS
pparadis@hhplawny.com
6 | GINA M. TUFARO
gtufaro@hhplawny.com
7 | ALYSON C. BRUNS
abruns@hhplawny.com
8 | HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW
9 | 405 Lexington Avenue
61st Floor
10 | New York, New York 10174
Telephone: (212) 986-4500
11 | Facsimile: (212) 986-4501

12 | Plaintiff's Counsel

**IT IS SO ORDERED**

*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KAREN SPECTOR, individually, and on behalf of all others similarly situated, | Case No. CV 09-2019 VRW |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| ZAZZLE.COM, INC., | |
| Defendant. | |

Plaintiff Karen Spector ("Plaintiff") and Defendant Zazzle.com, Inc. ("Zazzle") have entered into a settlement agreement to resolve the above-captioned lawsuit (the "Litigation"). Plaintiff hereby voluntarily dismisses the Litigation <u>with</u> prejudice as to her individual claims and <u>without</u> prejudice as to the potential claims of any absent putative class members.  The rights of absent putative class members will not be prejudiced by the dismissal of the Plaintiff's claims with prejudice, because no class has been certified in this Litigation.   This notice of dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); Zazzle has not yet answered Plaintiff's Complaint.  Except as provided in the Final Settlement Agreement and Release, no additional consideration has been given or received in exchange for this dismissal. There shall be no application to the Court by any party for an award of costs and fees.

Dated: December 22, 2009

PAUL R. KIESEL
MICHAEL C. EYERLY
KIESEL, BOUCHER & LARSON LLP

PAUL O. PARADIS
GINA M. TUFARO
ALYSON C. BRUNS
HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW

By:  /s/ *Paul R. Kiesel*
       Paul R. Kiesel

Attorneys for Plaintiff Karen Spector